UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

Plaintiff, Rosalba Espinal

-v-

Defendant. Sephora USA, Inc.

-------------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

22 Civ. 3034  (PAE ) (GWG)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

- [x] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)
- [ ] Specific Non-Dispositive Motion/Dispute:*

  _____

  _____

  If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

- [ ] Settlement*
- [ ] Inquest After Default/Damages Hearing

- [ ] Consent under 28 U.S.C. §636(c) for all purposes (including trial)
- [ ] Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
  Purpose:_____
- [ ] Habeas Corpus
- [ ] Social Security
- [ ] Dispositive Motion (i.e., motion requiring a Report and Recommendation)
  Particular Motion:_____

  _____

  All such motions: _____

*Do not check if already referred for general pretrial.

Dated April 12, 2022

SO ORDERED:

_Paul A. Engelmayer_
United States District Judge