

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

599 Lexington Ave, Fl 17
New York, New York 10022
Telephone: 212-492-2500
Facsimile: 212-492-2501
www.ogletree.com

Kelly M. Cardin
212-492-2067
kelly.cardin@ogletree.com

August 25, 2022

<u>Via ECF</u>
The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

  Re: Rosalba Espinal v. Sephora USA, Inc.
     Docket No.: 1:22-cv-03034

Dear Judge Engelmayer:

  We represent Defendant Sephora USA, Inc. ("Defendant") in the above-referenced matter. In accordance with Rule 3.F. of Your Honor's Individual Rules and Practices, we respectfully write to request oral argument on Sephora USA, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure, filed today, August 25, 2022.

  Thank you for Your Honor's consideration of this request.

             Respectfully submitted,

             OGLETREE, DEAKINS, NASH,
              SMOAK & STEWART, P.C.

             By: */s/ Kelly M. Cardin*
                Kelly M. Cardin

cc: All counsel of record *(via ECF)*

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

52756854.v1-OGLETREE