# BURSOR & FISHER
P.A.

888 SEVENTH AVENUE
NEW YORK, NY 10019
www.bursor.com

YITZCHAK KOPEL
Tel: 646.837.7510
Fax: 212.989.9163
ykopel@bursor.com

December 12, 2022

<u>*Via ECF*</u>

The Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

**MEMORANDUM ENDORSED**

Re:   *Espinal et al. v. Sephora USA, Inc.*, Case No. 1:22-cv-03034-PAE-GWG

Dear Judge Gorenstein:

I represent Plaintiffs in the above-captioned action. I write pursuant to Your Honor's December 5, 2022 Order setting an initial case management conference (ECF No. 34) to request an adjournment of the initial conference currently set for December 15, 2022. Counsel for Defendant consents to the requested adjournment. The parties are available for a telephonic initial conference on January 4, 2023 at 10:30 a.m. or January 5, 2023 at 10:30 a.m.

Thank you for your attention to this matter.

Respectfully,

*Y. Kopel*

CC:   All counsel of record via ECF

Yitzchak Kopel

Conference adjourned to January 4, 2023, at 10:30 a.m. The Proposed Scheduling Order (see Docket # 34) is due December 30, 2022.

*Gabriel W. Gorenstein*
GABRIEL W. GORENSTEIN
United States Magistrate Judge
December 12, 2022