UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSALBA ESPINAL and JUAN RIVERA,
individually and on behalf of all others
similarly situated

Plaintiff(s)

- v -

SEPHORA USA, INC.,

Defendant(s)

**RULE 7.1 STATEMENT**

1:22-cv-03034-PAE-GWG

Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Defendant Sephora USA, Inc. ("Sephora")

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

(i) Sephora is wholly-owned by LVMH Moët Hennessy-Louis Vuitton SE, a European company ("LVMH"). LVMH is a publicly traded limited liability company listed on the London Stock Exchange (0HAU); and (ii) Christian Dior SE, a European company, is a parent company of LVMH and publicly traded on the Euronext Paris (CDI). Counsel for Defendant are currently unaware of any other entities that must be disclosed pursuant to Federal Rule of Civil Procedure 7.1.

1

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

Sephora is a Michigan corporation organized and existing under the laws of the State of Michigan.

3/21/23
Date

_____
Signature of Attorney

KC0517
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf SDNY Web 12/2022