# BURSOR & FISHER
P.A.

**1330 AVENUE OF THE AMERICAS**
**NEW YORK, NY 10019**
**www.bursor.com**

Y ITZCHAK  K OPEL
Tel: **646.837.7510**
Fax: **212.989.9163**
ykopel@bursor.com

August 14, 2023

*Via ECF*

MEMORANDUM ENDORSED

Hon. Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Espinal et al. v. Sephora USA, Inc.*, Case No. 1:22-cv-03034-PAE-GWG

Dear Judge Gorenstein:

I represent Plaintiffs in the above-captioned action and I write in accordance with Rule I.E of Your Honor's Individual Practices. With the consent of counsel for Defendant, I write to request an extension of the fact discovery deadline and class certification deadline set forth in the Court's January 1, 2023 Scheduling Order (ECF No. 38).

There have been no previous requests to extend these deadlines. The reason for the requested extension is because, as stated in the parties' August 2, 2023 Letter (ECF No. 49), the parties are in the process of negotiating a discovery stipulation to cover the production of names and contact information for a sampling of putative class members to be used in connection with Plaintiffs' forthcoming motion for class certification. Given these ongoing negotiations, additional time is necessary to finalize and effectuate the class member sampling and complete deposition discovery. Counsel for Defendant consents to this request, and the requested extension will not affect any other deadlines. Accordingly, Plaintiffs' respectfully request an extension as set forth below:

| Event | Current Deadline | Proposed New Deadline |
| --- | --- | --- |
| Completion of all discovery other than expert discovery | September 1, 2023 | March 1, 2024 |
| Deadline to file motion for class certification | September 1, 2023 | March 1, 2024 |

Thank you for your consideration to this matter.

Respectfully,

*Y. Kopel*

CC: All counsel of record via ECF

Yitzchak Kopel

The proposed schedule is approved.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

August 14, 2023