UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ROSALBA ESPINAL and JUAN RIVERA,                  :
individually and on behalf of all others similarly
situated,                                                          :
                                                               ORDER
                Plaintiffs,                  :   22 Civ. 03034 (PAE) (GWG)

    -v.-                                                   :

SEPHORA USA, INC.,                                     :

                Defendant.              :
-------------------------------------------------------------X
**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      With regard to the parties' requests to file motions for partial summary judgment (Docket ## 46, 51, 53, 54), the Court grants permission to file a motion for partial summary judgment only with respect to the motion identified by defendant in section I of Docket # 46 (at p. 2). As to the other proposed motions, the Court believes that there is too much potential for the Court to conclude that disputed issues of fact prevent resolution of these motions at this time. Thus, it would be a waste of the Court's resources to consider any such motions. Obviously this ruling is without prejudice to any party seeking permission to move for summary judgment on any issue after discovery has closed.

      The motion permitted by this Order, if filed, shall comply the Individual Practices of the undersigned and thus briefing will be in accordance with paragraph 2.B of those Practices.

Dated: August 31, 2023
       New York, New York

                                                     _____
                                                     GABRIEL W. GORENSTEIN
                                                     United States Magistrate Judge