# BURSOR & FISHER
#### P.A.

**1330 AVENUE OF THE AMERICAS**
**NEW YORK, NY 10019**
**www.bursor.com**

**YITZCHAK KOPEL**
Tel: **646.837.7150**
Fax: **212.989.9163**
ykopel@bursor.com

February 28, 2024

<u>*Via ECF*</u>

Hon. Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   <u>*Espinal, et al. v. Sephora USA, Inc.*</u>, Case No. 1:22-cv-03034-PAE-GWG

Dear Judge Gorenstein:

    I represent the Plaintiffs in the above action. Pursuant to the Court's February 1, 2024 Order (ECF No. 73), I write to inform the Court that the parties have agreed to extend Plaintiffs' deadline to oppose Defendant's motion to dismiss from February 29, 2024 to March 21, 2024.

Respectfully,

*Y. Kopel*

Yitzchak Kopel

CC:   All counsel of record via ECF