# BURSOR & FISHER
### P.A.

**1330 AVENUE OF THE AMERICAS**
**NEW YORK, NY 10019**
www.bursor.com

**YITZCHAK KOPEL**
Tel: **646.837.7150**
Fax: **212.989.9163**
ykopel@bursor.com

May 20, 2024

*Via ECF*

The Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Espinal et al. v. Sephora USA, Inc.*, Case No. 1:22-cv-03034-PAE-GWG

Dear Judge Gorenstein:

I represent Plaintiffs in the above-captioned action. I write pursuant to Rule 1.A of Your Honor's Individual Practices to bring to the Court's attention a recent decision denying a motion for reconsideration: *Cooke v. Brunckhorst Co., LLC*, Case 23-cv-6333, 2024 BL 171395 (E.D.N.Y. May 18, 2024). A true and correct copy of the Order is attached hereto as **Exhibit A**.

The decision is relevant because the *Cooke* court considered both *Grant* and *Vega*, and sided with *Vega*. *See* Exhibit A, at 10-11 ("The Court sees no valid reason to modify its original ruling or depart from other persuasive rulings from this District. This Court therefore declines to reconsider its application of *Vega* to this instant matter.").

Respectfully,

*/s/ Y. Kopel*

CC:   All counsel of record via ECF          Yitzchak Kopel