# BURSOR & FISHER
P.A.

**1330 AVENUE OF THE AMERICAS**
**NEW YORK, NY 10019**
www.bursor.com

YITZCHAK KOPEL
Tel: **646.837.7150**
Fax: **212.989.9163**
ykopel@bursor.com

August 7, 2024

*Via ECF*

The Honorable Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Espinal et al. v. Sephora USA, Inc.*, Case No. 1:22-cv-03034-PAE-GWG

Dear Judge Engelmayer:

I represent Plaintiffs in the above-captioned action. I write pursuant to Rule 1.E of Your Honor's Individual Rules and Practices in Civil Cases to request an extension of Plaintiffs' deadline to file their objection to Magistrate Judge Gorenstein's July 31, 2024 Report & Recommendation. Plaintiffs' current deadline to object is August 14, 2024. Due to pre-planned family travel, Plaintiffs respectfully request until September 13, 2024 to file their objection. There have been no prior requests to extend this deadline and Defendant takes no position on Plaintiffs' request. Plaintiffs' requested extension does not affect any other scheduled dates.

Thank you for your consideration.

Respectfully,

Yitzchak Kopel

CC:   All counsel of record via ECF