UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSALBA ESPINAL and JUAN RIVERA, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>SEPHORA USA, INC.,<br><br>      Defendant. | Case No. 1:22-cv-03034-PAE-GWG |

### NOTICE OF MOTION TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE** that, Matthew P. Gizzo and Caitlin O'Fallon of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby withdraw their appearances as counsel for Defendant Sephora USA, Inc. in the above-captioned action and requests that their names be removed from the Court's and parties' service lists. Kelly M. Cardin, Esq. of the law firm Littler Mendelson, P.C. (the "Firm") will continue to serve as counsel for Defendant. All future correspondence and papers in this action should continue to be directed to her.

Dated: New York, New York
   August 7, 2024

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.

By: */s/ Matthew P. Gizzo*
  Matthew P. Gizzo, Esq.

By: */s/ Caitlin O'Fallon*
  Caitlin O'Fallon, Esq.
  599 Lexington Avenue, 17th Floor
  New York, New York 10022
  212.492.2500
  matthew.gizzo@ogletree.com
  caitlin.ofallon@ogletree.com