UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ROSALBA ESPINAL                                      :

             Plaintiff,                         :    <u>ORDER</u>

   -v.-                                                    :
                                                              22 Civ. 3034 (PAE) (GWG)
SEPHORA USA, INC.,                                :

            Defendant.                      :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      On or before September 27, 2024, the parties are directed to file a jointly-composed letter regarding the status of this case. The letter should also address any requests for extensions of deadlines.

      SO ORDERED.

Dated: September 20, 2024
       New York, New York

                                                                    GABRIEL W. GORENSTEIN
                                                                    United States Magistrate Judge