

Littler Mendelson, P.C.
900 Third Avenue
New York, NY  10022.3298

Kelly M. Cardin
212.471.4420 direct
212.583.9600 main
kcardin@littler.com

September 26, 2024

MEMORANDUM ENDORSED

**Via ECF**

Hon. Gabriel W. Gorenstein
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** **Espinal v. Sephora USA, Inc.**
**Case No. 1:22-cv-03034-PAE-GWG**

Dear Magistrate Judge Gorenstein:

We represent Defendant Sephora USA, Inc. ("Defendant") in the above-referenced action. Pursuant to Section E.1. of your Honor's Individual Rules, Defendant respectfully requests a one-week extension of time to file the parties' joint letter regarding the status of the case, due to previously planned international travel.  The original due date is September 27, 2024. We are seeking a one-week extension to October 4, 2024.

This is Defendant's first request for an extension. Plaintiff consents to this extension. The extension will not affect any other scheduled dates.

We thank Your Honor for your attention and consideration in this matter.

Respectfully submitted,

LITTLER MENDELSON, P.C.

/s/ *Kelly Cardin*
Kelly Cardin

cc: All counsel of record *(via ECF)*

Extension to October 4, 2024, granted.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
September 26, 2024

littler.com