UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROSALBA ESPINAL et al.,

                                    Plaintiffs,

                    -v-

SEPHORA USA, INC.,

                                    Defendant.

22 Civ. 3034 (PAE) (GWG)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received the motion for reconsideration and motion to certify from defendant Sephora USA, Inc. Dkts. 103, 105. Plaintiffs are directed to file a response to both motions no later than October 15, 2024. The Court does not invite a reply.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: October 1, 2024
       New York, New York